IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JODY SMITH, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-cv-00181-TES-ALS |
| | * | |
| DOCTOR MARDIS, et al., | | |
| | * | |
| Defendants. | | |
| | * | |

**JUDGMENT**

Pursuant to this Court's Order dated September 18, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 21st day of September, 2026.

David W. Bunt, Clerk

s/ Kami D. Seward, Deputy Clerk